COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Pride Justin Doran
Doran Law Firm
P. O. Box 2119
Opelousas LA 70571


**REHEARING ACTION: February 11, 2015**


**Docket Number: 14   00768-KA**

**STATE OF LOUISIANA**
**VERSUS**
**CALVIN JAMES CATALON**

**Appealed from St. Landry Parish Case No. 09-K-0637-B**


<u>**BEFORE JUDGES**</u>**:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. Sylvia R. Cooks**
      **Hon. David Kent Savoie**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Calvin James Catalon** has this day been

      **DENIED.**
      Cooks, J., would grant the rehearing.


cc: Earl B. Taylor, Counsel for the Appellant
    Alisa Ardoin Gothreaux, Counsel for the Appellant